AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>RASHEEM LUCKY SHOSHO SAHEED ATIS<br><br>_Defendant_ | )<br>)  Case No.  1:21-cr-00001-AW-GRJ<br>)<br>)  21-6071-SNOW<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    RASHEEM LUCKY SHOSHO SAHEED ATIS                              ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment         ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to Use Unauthorized Access Device
(2) Produces/Traffics in Counterfeit Device
(3) Fraud with Identification Documents

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By _____
     Deputy Clerk

Date:  02/03/2021                                                  s/ Martin A. Fitzpatrick
                                                                  _Issuing officer's signature_

City and state:   Gainesville, Florida                             Martin A Fitzpatrick, U.S. Magistrate Judge
                                                                  _Printed name and title_

---

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____

Date: _____                                    _____
                                                         _Arresting officer's signature_

                                                         _____
                                                         _Printed name and title_

12-6071-Snow
12-6072-Snow

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

SEALED
INDICTMENT

RASHEEM LUCKY SHOSHO SAHEED ATIS — 12-6071-Snow 1:21cr1-AW
and
PIERRE RINALDI LALEAU — 12-6072-Snow

_____/

THE GRAND JURY CHARGES:

COUNT ONE

A.     INTRODUCTION

At all times material to this Indictment:

1.     The Social Security Act of 1935 initiated the nationwide unemployment insurance (UI) system. The UI system is designed to provide benefits to persons out of work due to no fault of their own, and is administered on behalf of the Federal Government by state workforce agencies (SWA).

2.     The Families First Coronavirus Response Act (FFCRA) became law on March 18, 2020, and provided additional flexibility and administrative funding for SWAs to respond to the COVID-19 pandemic. The Coronavirus Aid, Relief,

FILED USDC FLND TL
FEB 2 '21 PM 4:27

and Economic Security (CARES) Act was later signed into law on March 27, 2020. The CARES Act further expanded states' ability to provide unemployment insurance for many workers impacted by the COVID-19 pandemic, including for workers who are not ordinarily eligible for unemployment benefits.

3. For example, in the state of Oklahoma, the agency responsible for oversight of the UI system is the Oklahoma Economic Security Commission (OESC). The United States Department of Labor (DOL) funds all substantive and administrative costs for the OESC.

4. An eligible person in Oklahoma can receive UI benefits by completing an online application on OESC's website with the claimant's name, date of birth, social security number, and other personal information. The claimant can then file for weekly benefits by certifying online that they continue to be unemployed and eligible for benefits.

5. Oklahoma UI payments are provided to claimants in a "Way2Go" debit card issued to claimants by a company named Conduent, which is headquartered in New Jersey. At all times material to the indictment, Oklahoma UI claimants were allowed to directly transfer UI payments from the Conduent prepaid debit card into their own U.S. banking accounts.

6. The Green Dot Corporation is an American financial technology and bank holding company headquartered in California. Among other products, the

2

Green Dot Corporation produces and sells Visa debit cards. Consumers may purchase these cards and open an account through Green Dot's website, which requires identity verification, and may then transfer money from outside bank accounts to the Green Dot account, and may also transfer money from the Green Dot account to other bank accounts.

### B. THE CHARGE

Between on or about May 5, 2020, and on or about June 25, 2020, in the Northern District of Florida and elsewhere, the defendants,

**RASHEEM LUCKY SHOSHO SAHEED ATIS**
and
**PIERRE RINALDI LALEAU,**

did knowingly and willfully conspire, combine, confederate, and agree together and with other persons to commit offenses against the United States, namely to knowingly and with intent to defraud use one or more unauthorized access devices, namely account numbers, during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

### C. MANNER AND MEANS

It was part of this conspiracy that:

1. The defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau,** used the internet to obtain stolen and fraudulently obtained

3

personal identification information, including names, dates of birth, and social security numbers.

2. The defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau**, used the internet to access unemployment assistance websites for a variety of states, including Oklahoma, Massachusetts, Arizona, Minnesota, and Hawaii.

3. The defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau**, acting together and with others, used unlawfully obtained personal identification information of other individuals to apply for and receive unemployment insurance benefits from states including Oklahoma.

4. The defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau**, discussed and exchanged internet identifiers, including gmail accounts, during the period of time material to this matter.

5. The defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau**, purchased Green Dot Visa debit cards and used the personal identifying information of others to open Green Dot online banking accounts.

6. The defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau**, caused the transfer of unlawfully and fraudulently obtained unemployment insurance funds into Green Dot accounts, which were created using the personal identifying information of other individuals.

4

7. The defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau,** possessed and used these Green Dot cards and the related accounts to make purchases and withdrawals in cash of unlawfully and fraudulently obtained funds. During the period of time including June 3, 2020 through June 25, 2020, the defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau,** used these Green Dot cards to withdraw at least $29,759.00 in cash.

### D. OVERT ACTS

To effect the objects of the conspiracy, the defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau,** committed and caused to be committed the following overt act, among others:

1. On or about June 25, 2020, the defendants, **Rasheem Lucky Shosho Saheed Atis** and **Pierre Rinaldi Laleau,** possessed and transported Green Dot cards, containing fraudulently obtained funds, in and through Gainesville, Florida.

All in violation of Title 18, United States Code, Section 1029(b)(2).

### COUNT TWO

On or about June 25, 2020, in the Northern District of Florida, the defendants,

**RASHEEM LUCKY SHOSHO SAHEED ATIS**
**and**
**PIERRE RINALDI LALEAU,**

knowingly and with intent to defraud, did possess fifteen or more unauthorized access devices, namely account numbers, and by this offense, did affect interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A)(i).

## COUNT THREE

Between on or about May 5, 2020, and on or about June 25, 2020, in the Northern District of Florida and elsewhere, the defendants,

**RASHEEM LUCKY SHOSHO SAHEED ATIS**
**and**
**PIERRE RINALDI LALEAU,**

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, names, dates of birth, and social security numbers of M.H., B.H., and A.C., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, conspiracy to use unauthorized access devices as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

6

From their engagement in the violations alleged in Counts One and Two of this Indictment, the defendants,

**RASHEEM LUCKY SHOSHO SAHEED ATIS**
and
**PIERRE RINALDI LALEAU,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(B), and Title 28, United States Code, Section 2461(c), any and all of the defendants' right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred, sold to, or deposited with a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), and Title 28, United States Code, Section 2461(c), to seek

7

forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

_____
FOREPERSON

2/2/2021
DATE

_____
LAWRENCE KEEFE
United States Attorney

_____
DAVID P. BYRON
Assistant United States Attorney